**Order entered May 13, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-22-00363-CV**
**No. 05-22-00364-CV**
**No. 05-22-00365-CV**

**IN RE JAMES CORNELIOUS KIRK, Relator**

**Original Proceeding from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F16-59404-M, F16-59405-M, & F16-59406-M**

**ORDER**

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/    BONNIE LEE GOLDSTEIN
JUSTICE